

July 20, 2021

**VIA ECF**
The Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re:    <u>Doe v. 239 Park Avenue South Associates, LLC et al</u>
             <u>No. 1:21-cv-00279-JPC</u>

Dear Judge Cronan:

Please be advised that our office represents the Plaintiff in the above action. I respectfully write this letter to request a brief adjournment of the pre-motion conference currently scheduled on July 27, 2021 at 3:00 p.m. (Docket No. 39). Defendants' counsel consents to our request.

In accordance with Your Honor's Individual Rule 3(B), the original date of the pre-motion conference is July 27, 2021 at 3:00 p.m. After meeting and conferring with Defendants' counsel, we respectfully request that Your Honor adjourn the conference to July 29, August 3 or 4. I just learned that I am forced to travel on July 27 in connection with a personal matter and will be unavailable. This is Plaintiff's first request for an adjournment and Defendants' counsel has consented to our request for an adjournment. The requested adjournment will not affect any other scheduled dates or deadlines.

Thank you for the Court's attention to this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP, PLLC

/s/Zack Holzberg
Zack Holzberg

Cc: Counsel for Defendants (via ECF)

The pre-motion conference scheduled for July 27, 2021 at 3:00 p.m. is adjourned to August 4, 2021 at 11:00 a.m.

SO ORDERED.
Date: July 22, 2021

_____
JOHN P. CRONAN
United States District Judge

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2905, Philadelphia, PA 19103 | (215) 391-4790
Miami Office: 100 SE 2nd Street, Suite 2000, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com